# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LYNNE GUIDRY, | Civil No. 10-3239 (JRT/AJB) |
| Plaintiffs, | |
| v. | **ORDER** |
| PINNACLE FINANCIAL GROUP, INC., | |
| Defendants. | |

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC,** 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Matthew Franken and Klay Ahrens, **HELLMUTH & JOHNSON PLLC,** 10400 Viking Drive, Suite 500, Eden Prairie, MN 55344, for defendants.

This matter is before the Court upon the stipulation of dismissal filed by the parties on October 19, 2010 [Docket No. 5].

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

Dated: October 26, 2010

at Minneapolis, Minnesota         s/ John R. Tunheim

JOHN R. TUNHEIM
United States District Judge